THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD JARVIS, Appellant. [869 NYS2d 844]

No opinion. Order filed.

Concur—Mazzarelli, J.P., Gonzalez, Catterson, McGuire and Acosta, JJ.